UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-cr-10 (RJL) |
| : | |
| AVERY MACCRACKEN, : | |
| : | |
| Defendant. : | |

**MOTION FOR DISMISSAL WITHOUT PREJUDICE
OF COUNT TWO OF THE INDICTMENT**

The United States of America, through counsel, moves this Court for an order dismissing without prejudice Count Two of the Indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Brian Morgan*
BRIAN MORGAN
Trial Attorney
NY Bar No. 4276804
Detailed to United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington DC 20530
(202) 305-3717
Brian.Morgan@usdoj.gov