UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-10-RJL |
| | : | |
| AVERY MACCRACKEN, | : | |
| | : | |
| Defendant. | : | |

### OPPOSTION TO MOTION FOR A CONTINUANCE OF SENTENCING DATE

The United States of America files this Opposition to the defendant's Motion for a Continuance of the Sentencing Date. In support of its opposition, the United States states as follows:

1. On January 12, 2022, a grand jury in the District of Columbia returned an indictment charging the defendant with multiple felony counts in connection with his participation in the riot at the U.S. Capitol on January 6, 2021.

2. At a status hearing on October 4, 2022, the defendant informed the Court that he intended to plead guilty. Minute Order, 10/4/22.

3. At a plea hearing on October 20, 2023, the defendant pled guilty to Count One of the indictment (Civil Disorder). At the plea hearing, the defendant was represented by stand-in counsel from the Federal Public Defender for the District of Columbia because the defendant's primary counsel was unavailable. Minute Order 10/20/2023.

4. The Court scheduled the sentencing for February 21, 2024. However, on February 5, the Court vacated the sentencing hearing on the grounds that "the Probation Office has had difficulty arranging an interview with Mr. MacCracken and his defense counsel, which has delayed preparation of the Presentence Report." Minute Order, 02/05/2024.

5. On February 22, 2024, the Court informed the parties that it "tentatively plans to schedule sentencing in this matter for May or early June 2024. Although the Court takes note of defense counsel's position regarding her trial schedule, this does not justify delaying the sentencing until July." Minute Order, 02/22/2024. The Court instructed the parties to provide their availability for the sentencing hearing in May or early June.

6. Both parties submitted their availability to the Court. ECF 48 & 49. Neither party indicated that they were unavailable during the week of May 13-17.

7. On April 2, 2024, the Court scheduled the sentencing hearing for May 14, 2024. Minute Order, 04/02/2024.

8. On April 29, 2024, counsel for the defendant informed the Court of a scheduling conflict (a final pretrial conference in *United States v. Ho Wan Kwok*, S3 23 Cr. 118 (AT) (S.D.N.Y.) scheduled for May 14)[1] and requested a continuation of the sentencing until July.

9. The Federal Rules of Criminal Procedure require that "[t]he court must impose sentence without unnecessary delay." Fed. R. Crim. P. 32(b)(1). Not only defendants, but the government and the public have an interest in a speedy adjudication of criminal cases. *See United States v. Ray*, F.3d 184, 201 (2d Cir. 2009) ("a sentencing delay disserves a basic notion that, once convicted, an offender should be able to serve his sentence and be done with it.") (internal quotation omitted); *United States v. Tapia*, 3:19-cr-57 (RAM), 2020 WL 4572334, *2 (D.V.I. Aug. 7, 2020) (noting that the public

---

[1] According to the docket in *United States v. Ho Wan Kwok*, 23 CR 118 (AT) (S.D.N.Y.), the Court scheduled the final pretrial conference in that case on January 16, 2024. ECF 230.

has an interest in the efficient "operation of the courts and the judicial system," which would be infringed "by unduly delaying a defendant's sentencing") (citing *Pennsylvania v. Ritchie*, 480 U.S. 39, 50 n.8 (1987)); *see also Zedner v. United States*, 547 U.S. 489, 501 (2006) (noting the public interest in "preventing extended pretrial delay from impairing the deterrent effect of punishment.").

10. The Government opposes the motion for a continuance. However, if the Court grants the continuance, the Government is available to reschedule the sentencing on any date during the week of May 14 to May 17.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:   /s/ Brian Morgan
      BRIAN MORGAN
      Trial Attorney
      U.S. Attorney's Office for the District of Columbia
      NY Bar No. 4276804
      601 D Street NW
      Washington, DC 20530
      Brian.morgan@usdoj.gov
      (202) 305-3717